**Appeal Dismissed and Memorandum Opinion filed June 2, 2022**



**In The**

# Fourteenth Court of Appeals

### NO. 14-22-00209-CV

## METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant

## V.

## KAREN SIMMONS, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-75783**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed December 30, 2021.  After a motion for new trial was timely filed, the notice of appeal was filed March 18, 2022.

Appellant has not paid the filing fee of $205.00, and no evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed.  *See* Tex. R. App. P. 5.  On April 28, 2022, the court ordered appellant to pay the filing fee on or before May 19, 2022, and further warned appellant that if

it did not do so, the appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 5. As of the date of this opinion, appellant has not paid the filing fee. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with court order or notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.